368 A.2d 271
COMMONWEALTH of Pennsylvania
v.
Johnny JAMES, Appellant (two cases).

Supreme Court of Pennsylvania.

Argued Oct. 23, 1975.

Decided April 28, 1977.

Albert L. Deutsch, Philadelphia, for appellant.

F. Emmett Fitzpatrick, Dist. Atty., Steven H. Goldblatt, Asst. Dist. Atty., Chief, Appeals Div., Barry H. Oxenburg, Philadelphia, for appellee.

Before JONES, C. J., and EAGEN, O'BRIEN, ROBERTS, POMEROY, NIX and MANDERINO, JJ.

OPINION OF THE COURT

PER CURIAM.

The Court being equally divided, the judgments of sentence are affirmed.

EAGEN, C. J., and O'BRIEN and POMEROY, JJ., would affirm the judgments of sentence.

ROBERTS, NIX and MANDERINO, JJ., would reverse the judgments of sentence and grant a new trial.